**FILED**
JUN 2 4 2010
MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| LORI HARTMAN,<br><br>                                Plaintiff<br><br>     vs.<br><br>SATURN SYSTEMS, INC.,<br><br>                                Defendant | CIVIL ACTION<br><br><br><br><br><br><br><br>NO. 10-CV-453 |
|---|---|

### STIPULATION EXTENDING TIME TO ANSWER COMPLAINT UNDER L. Civ. R. 7.4(b)(2)

**AND NOW** on this 17th day of June, 2010, Plaintiff, Lori Hartman, by and through her counsel, Amy Good-Ashman, Esquire of the Law Offices Of Stephen M. Otto, LLC and Defendant, Saturn Systems, Inc., by and through their counsel, Frederic I. Weinberg, Esquire of Gordon & Weinberg, P.C., do hereby agree and stipulate that Defendant is given an extension of time to answer Plaintiff's Complaint, for a period not exceeding thirty (30) days from the date the answer was due, i.e. July 12, 2010. No such prior extension has been granted.

_____
Frederic I. Weinberg, Esquire
Gordon & Weinberg, P.C.
1001 E. Hector Street
Suite 220
Conshohocken, PA 19428
484-351-0500
Attorney for Defendant

_____
Amy Good-Ashman, Esquire
Law Offices Of Stephen M. Otto, LLC
2 Woodland Road
Suite 201A
Wyomissing, PA 19610
PA ID#203427
amy@sottolaw.com
484-220-0481
Attorney for Plaintiff